UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| BRANDON SANDERS ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | No. 1:14-0134 |
| ] | Judge Haynes |
| SABRINA PATTERSON ] | |
| Defendant. ] | |

MEMORANDUM

Plaintiff, Brandon Sanders, an inmate at the Marshall County Jail in Lewisburg, Tennessee, filed this action *pro se* action under 42 U.S.C. § 1983 against The Defendant Sabrina Patterson, Administrator of the Marshall County Jail. Plaintiff seeks damages for refusing to accept Plaintiff's request.

According to his complaint, Plaintiff and two other inmates prepared written requests, but Plaintiff does not specify the nature of the requests. In any event, Officer Richardson allegedly came to Plaintiff's cell and collected the requests, but refused to turn in Plaintiff's request. Plaintiff alleges that Officer Richardson discriminated against him by refusing to forward his request.

The Defendant is named in her official capacity only. As such, this action seeks damages from the entity that employs Defendant Patterson Marshall County. Pusey v. City of Youngstown, 11 F.3d 652, 657 (6th Cir.1993). "[A]n official capacity suit is, in all respects other than name, to be treated as a suit against the entity." Kentucky v. Graham, 473 U.S. 159, 166 (1985). A claim of county liability must allege plausible facts suggestive of the misconduct complained due to a policy, regulation, decision or custom of Marshall County or its agent. Monell v. New York City Department of Social Services, 436 U.S. 658 (1978).

Plaintiff's complaint lacks any facts suggestive that his rights were violated by a policy or regulation of Marshall County or Defendant Patterson. Thus, the Court concludes that Plaintiff fails to state a claim against the Defendant Patterson in her official capacity.

Absent a viable claim, the Court must dismiss the complaint *sua sponte*. 28 U.S.C. § 1915(e)(2).

An appropriate Order is filed herewith.

**ENTERED** this the 2nd day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge